# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:05cv14

| | |
|---|---|
| PATRICIA F. AVALON, f/k/a PATRICIA A. SHEFFER, | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) ) ORDER |
| THE GROVE PARK INN RESORT, INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the court on plaintiff's Motion to Attend Mediation via Telephone and plaintiff's Withdrawal of Motion. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Attend Mediation via Telephone is **DENIED** as moot.

**Signed: November 23, 2005**

Dennis L. Howell
United States Magistrate Judge